JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.P., a conserved adult, by and through his parent, DELIA PEREZ and DELIA PEREZ, on her own behalf Petitioners,<br><br>vs.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, DOES 1-25<br><br>Defendants. | CASE NO. **8:18-cv-01837-JVS-ADS**<br><br>ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) |

Having reviewed the Stipulation of the Parties for Dismissal Pursuant to Federal Rule of Civil Procedure Section 41(A)(1)(A)(Ii), this Court HEREBY ORDERS this action be dismissed with prejudice and with each party to bear their own fees and cost with the exception of fees outlined in the fully executed settlement agreement approved by Defendant on December 13, 2018.

IT IS SO ORDERED.

Dated: December 21, 2018

_____
HONORABLE JAMES V. SELNA

ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)